IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER HUBBARD, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD KLEM, ET AL., | : | NO. 06-5660 |
| Respondents. | : | |

ORDER

AND NOW, this 7th day of September, 2007, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge ("Report and Recommendation") (Doc. No. 7), this Court finds the Report and Recommendation thoroughly addresses the Objections filed by Plaintiff, Christopher Hubbard, on July 26, 2007 (Doc. No. 10).

Accordingly, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED. Further, it is ORDERED that the petition for a writ of habeas corpus is DENIED. It is further ORDERED that there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.